IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02257-LTB-MJW

PAUL ALUDO,

Plaintiff(s),

v.

DENVER AREA COUNCIL, BOY SCOUTS OF AMERICA, and BOY SCOUTS OF AMERICAN, NATIONAL COUNCIL,

Defendant(s).

## MINUTE ORDER
DN 21)

It is hereby ORDERED that the Plaintiff's Partially-Opposed Motion to Amend Scheduling Order, DN 21, filed with the Court on August 29, 2007, is GRANTED. The Amended Scheduling Order, dated September 5, 2007, shall enter reflecting the extended deadlines.

Date:  September 5, 2007