IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02257-LTB-MJW

PAUL ALUDO,

Plaintiff(s),

v.

DENVER AREA COUNCIL, BOY SCOUTS OF AMERICA, and BOY SCOUTS OF AMERICAN, NATIONAL COUNCIL,

Defendant(s).

## MINUTE ORDER

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order for Discovery, dispositive Motions and Final Pretrial Conference Deadlines (docket no. 44) is GRANTED finding good cause shown. The deadline to complete discovery is extended to January 31, 2008. The deadline to file dispositive motions is extended to February 29, 2008. The Final Pretrial Conference set on January 3, 2008, at 8:30 a.m. is VACATED and reset to March 18, 2008, at 8:30 a.m. The parties shall file their proposed Final Pretrial Order with the court five (5) days prior to the Final Pretrial Conference. The Rule 16 Scheduling Order is amended consistent with this minute order. *See* written Amended Scheduling Order dated and signed January 2, 2008, by the court.

Date:  January 2, 2008