IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02257-LTB-MJW

PAUL ALUDO,

Plaintiff(s),

v.

DENVER AREA COUNCIL, BOY SCOUTS OF AMERICA, and BOY SCOUTS OF AMERICAN, NATIONAL COUNCIL,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that based upon the Amended Scheduling Order filed on January 2, 2008 (Docket No. 47), the Plaintiff's Unopposed Motion to Amend Scheduling Order to Enlarge Expert Disclosure Deadlines (Docket No. 19) is denied as moot.

Date: January 8, 2008