# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02257-LTB-MJW

PAUL ALUDO

     Plaintiff,

v.

DENVER AREA COUNCIL, BOY SCOUTS OF AMERICA,
and
BOY SCOUTS OF AMERICA, NATIONAL COUNCIL,

     Defendants.

## MINUTE ORDER

It is hereby ORDERED the Plaintiff's Unopposed Motion to Amend Final Pretrial Order to Enlarge Time to File Objections to Exhibits (Docket No. 69) is GRANTED, and the Parties shall have up to and including Friday, April 11, 2008 in which to file their objections to each other's exhibits.

Date: April 7, 2008