## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02257-LTB-MJW

PAUL ALUDO

    Plaintiff,

v.

DENVER AREA COUNCIL, BOY SCOUTS OF AMERICA,
and
BOY SCOUTS OF AMERICA, NATIONAL COUNCIL,

    Defendants.

## MINUTE ORDER

    It is hereby ORDERED the Plaintiff's Unopposed Second Motion to Amend Final Pretrial Order to Enlarge Time to File Objections to Exhibits (Docket No. 72) is GRANTED, and the Parties shall have up to and including Friday, April 18, 2008 in which to file their objections to exhibits.

    Date:   April 14, 2008