IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02257-LTB-MJW

PAUL ALUDO,

Plaintiff(s),

v.

DENVER AREA COUNCIL, BOY SCOUTS OF AMERICA, and BOY SCOUTS OF AMERICAN, NATIONAL COUNCIL,

Defendant(s).

## MINUTE ORDER

It is hereby **ORDERED** the plaintiff's Third Motion to Amend Final Pretrial Order to Enlarge Time to File Objections to Exhibits (Docket No. 74) and Fourth Motion to Amend Final Pretrial Order to Enlarge Time to File Objections to Exhibits (Docket No. 78) are granted. The Final Pretrial Order (Docket No. 66) is amended to allow the parties to have up to and including April 28, 2008, to file objections to each other's exhibits.

Date: April 24, 2008