IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-02257-LTB-MJW

PAUL ALUDO,

       Plaintiff,

v.

DENVER AREA COUNCIL, BOY SCOUTS OF AMERICA,
and
BOY SCOUTS OF AMERICA, NATIONAL COUNCIL,

       Defendants.
_____

# ORDER
_____

For the reasons stated on the record at the May 30, 2008, hearing in this matter, and based upon the parties' papers and the case file, IT IS HEREBY ORDERED as follows:

1. Plaintiff's Corrected Motion for an Additional Four Business Day Enlargement of Time to Respond to Defendants' Motions for Summary Judgment (Sixth Motion) [**Docket # 95**] is GRANTED. Plaintiff shall have until **5:00 pm on June 2, 2008**, to file his response;

2. Defendants shall have up to and including June 23, 2008, to file their replies;

3. The August 4, 2008, trial date in this matter is VACATED;

4. The July 8, 2008, trial preparation conference in this matter is VACATED;

5. Hearing on Defendants' motions for summary judgment is scheduled for **Friday, July 25, 2008, at 3:00 pm** in Courtroom 401 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado;

6. Plaintiff's Fifth Motion to Amend Final Pretrial Order to Enlarge Time to File Objections to Exhibits [**Docket # 80**] is DENIED AS MOOT;

7. Plaintiff's Motion for Three Business Day Enlargement of Time to Respond to Defendants' Motions for Summary Judgment (Fifth Motion) [**Docket # 89**] is DENIED AS MOOT;

8. Plaintiff's Motion for Additional Four Business Day Enlargement of Time to Respond to Defendants' Motions for Summary Judgment (Fifth Motion) [**Docket # 92**] is DENIED AS MOOT.


Dated: May   30  , 2008.

BY THE COURT:


   s/Lewis T. Babcock      
Lewis T. Babcock, Judge