**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-02257-LTB-MJW

PAUL ALUDO,

      Plaintiff,

v.

DENVER AREA COUNCIL, BOY SCOUTS OF AMERICA, and
BOY SCOUTS OF AMERICA, NATIONAL COUNCIL,

      Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Plaintiff's Motion for Leave to Submit Affidavit in Support of Motion for Enlargement for
*In Camera* Review (Doc 101 - filed June 2, 2008) is **GRANTED**.




DATED: June 3, 2008
_____