IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes<br>Court Reporter: Gwen Daniel | Date: July 25, 2008 |

_____

| | |
|---|---|
| Civil Case No. 06-cv-02257-LTB-MJW | Counsel: |
| PAUL ALUDO, | Richard Shearer |
| Plaintiff,<br>v. | |
| DENVER AREA COUNCIL, BOY SCOUTS OF AMERICA, and<br>BOY SCOUTS OF AMERICA, NATIONAL COUNCIL, | Merrily Archer |
| Defendants. | |

_____

COURTROOM MINUTES
_____

HEARING -Motions

**2:59 p.m.    Court in session.**

Also present: Plaintiff Paul Aludo.

**ORDERED:** Defendant Boy Scouts of America's Motion for Summary Judgment **(60)** is taken under advisement.

**ORDERED:** Defendant Denver Area Council's Motion for Summary Judgment **(62)** is taken under advisement.

**4:04 p.m.    Court in recess/hearing concluded.**

Total in-court time: 1:05

1