IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02257-LTB-MJW

PAUL ALUDO,

Plaintiff(s),

v.

DENVER AREA COUNCIL, BOY SCOUTS OF AMERICA, and BOY SCOUTS OF AMERICAN, NATIONAL COUNCIL,

Defendant(s).

## MINUTE ORDER

     It is hereby ORDERED that Defendant's Motion to Vacate Order to Schedule Settlement Conference (docket no. 137) is GRANTED finding good cause shown. In this case, the parties have engaged in a continued mediation with retired U.S. Magistrate Judge Donald Abram of Legal Resolutions Center. The parties are still willing to work with Judge Abram in trying to settle this case and apparently Judge Abram is willing to continue as a mediator in this case. Accordingly, there is no need for Magistrate Judge Watanabe to set a settlement conference.

Date:   December 1, 2008