**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-02257-LTB-MJW

PAUL ALUDO,

       Plaintiff,

v.

DENVER AREA COUNCIL, BOY SCOUTS OF AMERICA,
and
BOY SCOUTS OF AMERICA, NATIONAL COUNCIL,

       Defendants.
_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 143 - filed January 7, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

       s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED: January 8, 2009